# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br>    v.<br><br>ANTHONY REY BAUTISTA,<br><br>                Defendant,<br>    v.<br><br>TERRACRAFT,<br><br>                Garnishee. | Case No. MC21-0084RSL<br><br>ORDER TO ISSUE WRIT OF<br>CONTINUING GARNISHMENT |

      This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Anthony Rey Bautista, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Terracraft. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on July 23, 2021. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

      Dated this 27th day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge